UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re: Aaron Hunter Barbour, Debtor            )            Case No. 15-36345-KLP
                                                )            Chapter 13

## OBJECTION TO CONFIRMATION

COMES NOW Elizabeth C. Brogan, Counsel for Suzanne E. Wade, Chapter 13 Trustee, and moves this Court to deny confirmation of the Chapter 13 Plan (the "Plan") dated December 8, 2015, for the cause as follows:

1. The Debtor filed this Chapter 13 Petition, now pending in the United States Bankruptcy Court, Eastern District of Virginia, Richmond Division, on December 11, 2015 under 11 U.S.C. Chapter 13.

2. This Objection is filed pursuant to 11 U.S.C. § 1325(b)(1)(B).

3. The above-filed Chapter 13 case is not eligible for confirmation due to the Debtor's failure to propose a Plan dedicating his disposable monthly income to unsecured creditors for the applicable commitment period of the case. The above-median Debtor's Form 122C-2 indicates he has a disposable monthly income of $680.33, which would provide unsecured creditors a total of $40,819.80 over the life of a 60-month case. By comparison, the Debtor's Plan proposes payment of a 6% dividend of an estimated $74,719.00 in unsecured debts.

4. The Trustee would suggest the Debtor's Plan fails to meet the requirements of 11 U.S.C. § 1325(b)(1)(B), and requests the Debtor file an amended Chapter 13 Plan increasing the dividend paid to unsecured creditors.

WHEREFORE, for the reasons stated herein, the Chapter 13 Trustee, by Counsel, respectfully moves the Court to deny confirmation of the Debtor's proposed Chapter 13 Plan, and for such further and other relief as the Court deems necessary.

Date: February 5, 2016                                    /s/  Elizabeth C. Brogan
                                                          Elizabeth C. Brogan, Counsel for
                                                          Suzanne E. Wade, Chapter 13 Trustee

**Elizabeth C. Brogan**
Counsel for Suzanne E. Wade, Chapter 13 Trustee
Virginia State Bar Number 76539
1313 East Main Street, Suite A
Post Office Box 1780
Richmond, Virginia 23218-1780
(804) 775-0979

## CERTIFICATE OF SERVICE

I hereby certify a true copy of the foregoing OBJECTION TO CONFIRMATION was served electronically or by first-class mail, postage prepaid, this 5th day of February, 2016, upon the following parties:

Aaron Hunter Barbour
4500 Marshall Run Cir. Apt. 307
Glen Allen, VA 23059

John G. Merna, Counsel for Debtor
The Merna Law Group, P.C.
3419 Virginia Beach Boulevard, #236
Virginia Beach, VA 23452
court@mernalaw.com

Patti H. Bass, Counsel for United Consumer Financial Serv
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd., Suite 200
Tucson, AZ 85712
ecf@bass-associates.com

        /s/  Elizabeth C. Brogan
        Elizabeth C. Brogan, Counsel for
        Suzanne E. Wade, Chapter 13 Trustee

**Elizabeth C. Brogan**
Counsel for Suzanne E. Wade, Chapter 13 Trustee
Virginia State Bar Number 76539
1313 East Main Street, Suite A
Post Office Box 1780
Richmond, Virginia 23218-1780
(804) 775-0979

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re: Aaron Hunter Barbour, Debtor ) Case No. 15-36345-KLP
) Chapter 13
    4500 Marshall Run Cir. Apt. 307 )
    Glen Allen, VA 23059 )
)
    XXX-XX-2013 )

## NOTICE OF OBJECTION TO CONFIRMATION

Elizabeth C. Brogan, Counsel for Suzanne E. Wade, Chapter 13 Trustee, has filed papers with the Court objecting to the confirmation of your Chapter 13 Plan dated December 8, 2015.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to grant the relief sought in the Objection, or if you want the Court to consider your views on the Objection, then on or before three (3) days before the date of the hearing, you or your attorney must:

  X  File with the Court, at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1(H). If you mail your response to the Court for filing, you must mail it early enough that the Court will **receive** it on or before the date stated above.

    Clerk of Court
    United States Bankruptcy Court
    701 East Broad Street, Suite 4000
    Richmond, Virginia 23219

You must also mail a copy to:

    Elizabeth C. Brogan
    Counsel for Suzanne E. Wade, Chapter 13 Trustee
    Post Office Box 1780
    Richmond, Virginia 23218-1780

**Elizabeth C. Brogan**
Counsel for Suzanne E. Wade, Chapter 13 Trustee
Virginia State Bar Number 76539
1313 East Main Street, Suite A
Post Office Box 1780
Richmond, Virginia 23218-1780
(804) 775-0979

  X   Attend the hearing on the Objection, scheduled to be held on **February 17, 2016** at **9:10 a.m.** at **United States Bankruptcy Court, 701 East Broad Street, Room 5100, Richmond, VA 23219**.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Objection, and may enter an order granting that relief.

Date: February 5, 2016                                                /s/  Elizabeth C. Brogan
                                                                     Elizabeth C. Brogan, Counsel for
                                                                     Suzanne E. Wade, Chapter 13 Trustee


## CERTIFICATE OF SERVICE

I hereby certify a true copy of the foregoing NOTICE OF OBJECTION TO CONFIRMATION was served electronically or by first-class mail, postage prepaid, this 5th day of February, 2016, upon the following parties:

Aaron Hunter Barbour
4500 Marshall Run Cir. Apt. 307
Glen Allen, VA 23059

John G. Merna, Counsel for Debtor
The Merna Law Group, P.C.
3419 Virginia Beach Boulevard, #236
Virginia Beach, VA 23452
court@mernalaw.com

Patti H. Bass, Counsel for United Consumer Financial Serv
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd., Suite 200
Tucson, AZ 85712
ecf@bass-associates.com

                                                                      /s/  Elizabeth C. Brogan
                                                                     Elizabeth C. Brogan, Counsel for
                                                                     Suzanne E. Wade, Chapter 13 Trustee


**Elizabeth C. Brogan**
Counsel for Suzanne E. Wade, Chapter 13 Trustee
Virginia State Bar Number 76539
1313 East Main Street, Suite A
Post Office Box 1780
Richmond, Virginia 23218-1780
(804) 775-0979